UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NIMIT ACHARYA, et al.,

Petitioners,

v.

TWITTER, INC.; and X CORP.,

Respondents.

C25-0659 TSZ

ORDER AND JUDGMENT

THIS MATTER comes before the Court on petitioners' motion to compel arbitration, docket no. 12. Having reviewed all papers filed in support of and in opposition to the motion, and having concluded that oral argument would not be beneficial, the Court ORDERS and ADJUDGES as follows:

(1)    Petitioners' motion to compel arbitration, docket no. 12, is GRANTED.

(2)    Judgment is hereby ENTERED in favor of petitioners and against respondents Twitter, Inc. ("Twitter") and X Corp. ("X").

(3)    Respondents Twitter and X are hereby ORDERED to participate in the arbitrations that have been filed against them. Respondents are further ORDERED to pay all arbitration fees consistent with determinations made and applicable rules set forth by Judicial Arbitration and Mediation Services ("JAMS") and the American Arbitration Association ("AAA").

ORDER AND JUDGMENT - 1

(4)   All relief sought in the petition in this matter having been granted, the Clerk is DIRECTED to CLOSE this case.  The Clerk is further DIRECTED to send a copy of this Order and Judgment to all counsel of record.

IT IS SO ORDERED.

Dated this 1st day of August, 2025.

Thomas S. Zilly
United States District Judge

ORDER AND JUDGMENT - 2